Certificate Number: 17572-PAM-DE-040162654

Bankruptcy Case Number: 25-02579



17572-PAM-DE-040162654

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 5, 2025, at 6:07 o'clock AM PDT, Mark Martin completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 5, 2025

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor