UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|     MARK IRVING MARTIN, | :   CHAPTER 13 |
|         Debtor(s) | : |
| | : |
| JACK N. ZAHAROPOULOS, | : |
| CHAPTER 13 TRUSTEE, | : |
|         Movant | : |
| | : |
|     vs. | : |
| | : |
| MARK IRVING MARTIN, | : |
|         Respondent(s) | :   CASE NO. 1:25-bk-02579-HWV |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, by and through his attorney Agatha R. McHale, Esquire, and objects to confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Debtor(s)' Plan violates 11 U.S.C. § 1325(a)(4) in that the value of property to be distributed under the Plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, Debtor(s) has/have excess non-exempt equity in the following:

    a. Residential real estate. The Trustee has requested proof of the value of Debtor(s)' home as stated in his/her/their schedules.

WHEREFORE, Trustee alleges and avers that the Plan cannot be confirmed, and therefore, Trustee prays that this Honorable Court will:

   a. deny confirmation of Debtor(s)' Plan;
   b. dismiss or convert Debtor(s)' case; and
   c. provide such other relief as is equitable and just.

Dated: October 23, 2025

                                                          Respectfully submitted:

                                                          /s/ Jack N. Zaharopoulos
                                                          Standing Chapter 13 Trustee
                                                          8125 Adams Drive, Suite A
                                                          Hummelstown, PA 17036
                                                          (717) 566-6097

                                  BY:   /s/ Agatha R. McHale, Esquire
                                                         Attorney for Trustee

CERTIFICATE OF SERVICE

       I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

    Kara K. Gendron, Esquire
    Mott & Gendron Law
    125 State Street
    Harrisburg, PA 17101

Dated: October 23, 2025

                                            /s/ Matthew Harnsberger, Legal Assistant
                                            Office of Jack N. Zaharopoulos
                                            Standing Chapter 13 Trustee