United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-02579-HWV |
| Mark Irving Martin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 24, 2025 | Form ID: ntcnfhrg | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark Irving Martin, 701 S Middlesex Road, Carlisle, PA 17015-9292 |
| 5741290 | ++ | BARLEY SNYDER, 100 EAST MARKET STREET, YORK PA 17401-1219 address filed with court:, Barley Snyder, Justin A Tomevi, Esquire, 100 E Market street, York, PA 17401 |
| 5747181 | + | Barley Snyder LLP, c/o Scott F. Landis, Esquire, 126 East King Street, Lancaster, PA 17602-2893 |
| 5741292 | | CBC LLC, 2016 TN-75 #6, Blountville, TN 37617 |
| 5741293 | + | Cumberland County Tax Claim Bureau, One Courthouse Square, Room 106, Carlisle, PA 17013-3339 |
| 5741298 | + | JEFFREY R. SCHOTT, ESQ., Scaringi & Scaringi, P.C., 2000 Linglestown Rd, Suite 106, Harrisburg, PA 17110-9347 |
| 5741303 | + | Tbom Retail/MILSTONE, PO BOX 8099, Newark, DE 19714-8099 |
| 5741304 | + | VA Mortgage Guarantee, Dept Vet Affairs, 1240 E Ninth St, Cleveland, OH 44199-2001 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5741289 | + | Email/Text: bankruptcy@500fastcash.com | Oct 24 2025 18:41:00 | 500FASTCASH.COM, 515 G SE, MIAMI, OK 74354-8224 |
| 5741291 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 18:49:25 | CAPITAL ONE BANKRUPTCY NOTICES, PO BOX 30285, Salt Lake City, UT 84130-0285 |
| 5744450 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 24 2025 18:49:46 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5741294 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 24 2025 18:41:00 | FEB Destiny, 15220 NW Greenbrier, Beaverton, OR 97006-5744 |
| 5741295 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 24 2025 19:00:36 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5741296 | + | Email/Text: Bankruptcy@ICSystem.com | Oct 24 2025 18:41:00 | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5741297 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 24 2025 18:41:00 | Jefferson Capital Systems, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5741299 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 24 2025 18:41:00 | Mariner Finance, Attn: CEO/PRESIDENT, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5749479 | + | Email/PDF: cbp@omf.com | Oct 24 2025 19:00:21 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5741300 | + | Email/PDF: cbp@omf.com | Oct 24 2025 18:49:02 | Onemain, Attn: CEO/PRESIDENT, PO Box 3251, Evansville, IN 47731-3251 |
| 5741301 | + | Email/PDF: ebnotices@pnmac.com | Oct 24 2025 18:49:32 | PENNYMAC LOAN SERVICES, LLC, Attn: BK, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5741302 | ^ | MEBN | Oct 24 2025 18:40:10 | PPL Electric Utilities Corp, 827 Hausman Road, |

| | | | | |
|---|---|---|---|---|
| 5744640 | | Email/Text: bnc-quantum@quantum3group.com | | Allentown, PA 18104-9392 |
| | | | Oct 24 2025 18:41:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5741305 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 24 2025 18:49:58 | WELLS FARGO BANK NA, ATTN BK 1 HOME CAMPUS, AC X2303-01A 3RD FL, DES MOINES, IA 50328-0001 |
| 5741306 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Oct 24 2025 19:00:11 | WELLS FARGO CARD SERVICES, PO BOX 14517, Des Moines, IA 50306-3517 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Mark Irving Martin kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
|---|---|
| Mark Irving Martin, | Chapter 13 |
| **Debtor 1** | Case No. 1:25−bk−02579−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 26, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: December 3, 2025 <br><br> Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Sylvia H. Rambo US Courthouse <br> 1501 N. 6th Street <br> Harrisburg, PA 17102 <br> (717) 901−2800 | **For the Court:** <br> Seth F. Eisenberg <br> Clerk of the Bankruptcy Court: <br> By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 24, 2025 |

ntcnfhrg (08/21)