UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| Mark Irving Martin : | |
|     Debtor : | CHAPTER 13 |
| : | |
| JACK N. ZAHAROPOULOS : | |
| STANDING CHAPTER 13 TRUSTEE : | |
|     Movant : | CASE NO. 1-25-bk-02579-HWV |
| : | |
| : | |
| Mark Irving Martin : | |
|     Respondent | |

TRUSTEE'S AMENDED OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 12th day of December 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a. The Plan is underfunded relative to claims to be paid – 100%. The plan is significantly underfunded. It will need to pay over $67,000.00.
    b. The Plan is inconsistent with Proofs of Claim filed and/or approved by the Court. No proof of claim has been filed for the Cumberland County Tax Claim Bureau.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s)' Plan.
   b. Dismiss or convert Debtor(s)' case.
   c. Provide such other relief as is equitable and just.

    Respectfully submitted:

    Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097

    BY: /s/ Agatha R. McHale
          Attorney for Trustee

CERTIFICATE OF SERVICE

  AND NOW, this 12th day of December 2025, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA   17101-

      /s/Tanya Scannelli
      Office of Jack N. Zaharopoulos
      Standing Chapter 13 Trustee

2