IN RE: : CHAPTER 13
MARK IRVING MARTIN :
    Debtor : CASE NO. 1:25-bk-02579
     :
PENNYMAC LOAN SERVICES LLC :
    Movant :
vs. :
MARK IRVING MARTIN :
    Respondent :
     :

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. The Debtor admits that Movant identifies itself as Pennymac Loan Services, LLC.

2. The Debtor admits that the Debtor owns the real property located at 701 South Middlesex Road, Carlisle, Pennsylvania.

3. Admitted.

4. Admitted.

5. Admitted that the filing of the Debtor's Chapter 13 petition imposed the automatic stay pursuant to 11 U.S.C. § 362.

6. Admited the Debtor fell behind; however, he intends to cure any post-petition mortgage arrearages  either through a stipulation with the creditor or by amending the plan.

7. Denied as stated. The Debtor lacks sufficient knowledge to admit or deny the exact amount necessary to reinstate the loan.

8. The Debtor lacks sufficient knowledge to admit or deny the exact payoff amount alleged.

9. Denied. The Debtor denies that cause exists to grant relief from the automatic stay.

10. The Debtor lacks sufficient knowledge to admit or deny the amount of attorneys' fees and costs alleged and therefore denies the same.

11. The Debtor denies the allegations to the extent they assert that Movant is entitled to any additional amounts beyond those allowed under applicable law.

WHEREFORE, the Debtor respectfully requests that this Court deny the Motion for Relief from the Automatic Stay and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Kara K. Gendron

_____

Kara K. Gendron, Esquire
Attorney ID #87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
kara.gendron@mottgendronlaw.com