# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  Mark Irving Martin
Debtor

CHAPTER 13

PENNYMAC LOAN SERVICES, LLC
Moving Party
vs.

CASE NO. 1:25-bk-02579-HWV

Mark Irving Martin
Debtor

Jack N Zaharopoulos
Trustee

11 U.S.C. Section 362

## ORDER

Upon consideration of the Motion for Relief from the Automatic Stay filed by Pennymac Loan Services, LLC, Doc. 36, and it appearing that the parties have resolved this matter via Stipulation, Doc. 41, it is

**ORDERED** that the Stipulation is approved. However, this Court retains discretion regarding entry of any further order.

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: April 16, 2026