UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                        :
                                              :
MARK IRVING MARTIN,                           :    CHAPTER 13
              Debtor                          :
                                              :
     JACK N. ZAHAROPOULOS                      :
     STANDING CHAPTER 13 TRUSTEE              :    CASE NO.  1-25-bk-02579-HWV
              Movant                          :
                                              :
MARK IRVING MARTIN,                           :
              Respondent

TRUSTEE'S OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

AND NOW, this 13th day of May 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor's Plan for the following reasons:

1.     Failure to properly state the liquidation value in Section 1B of the Plan. Trustee calculates the value to be $182,650.00.

2.     Trustee avers that Debtor's Plan is not feasible based upon the following:

   a.  The Plan is underfunded relative to claims to be paid – 100%. The Plan must pay at least $79,445.41 to be adequately funded. That number will increase if more is paid on secured claims via the plan.

WHEREFORE, Trustee alleges and avers that Debtor's Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a.  Deny confirmation of Debtor's Plan.
   b.  Dismiss or convert Debtor's case.
   c.  Provide such other relief as is equitable and just.

                              Respectfully submitted:

                              Jack N. Zaharopoulos
                              Standing Chapter 13 Trustee
                              8125 Adams Drive, Suite A
                              Hummelstown, PA 17036
                              (717) 566-6097

                         BY:  /s/ Douglas R Roeder
                              Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 13th day of May 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:


Kara K. Gendron
Mott & Gendron Law
125 State Street
Harrisburg, Pa 17101
Kara.Gendron@MottGendronLaw.Com

/s/Tanya M. Scannelli
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee

2